AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America<br>v.<br>JESUS RODRIGUEZ BAYLON<br><br>_Defendant(s)_ | )<br>)<br>) Case No. **CR 20 70164 MAG**<br>)<br>) |

**FILED**
FEB 11 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 12, 2018__ in the county of __Santa Clara__ in the __Northern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Count One: 8 U.S.C. 1326 | Illegal Re-Entry Following Deportation<br><br>PENALTIES: Maximum 20 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment fee |

This criminal complaint is based on these facts:

Please see attached affidavit.

NO BAIL ARREST WARRANT REQUESTED

☑ Continued on the attached sheet.

Approved as to form _/s/_
  SAUSA Jimmy Doan

_Complainant's signature_
Deportation Officer Raymundo Esparza
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 2/11/2020

_Judge's signature_

City and state: San Jose, CA        Hon. Susan van Keulen, U.S. Magistrate Judge
_Printed name and title_

AFFIDAVIT OF RAYMUNDO ESPARZA

I am a Deportation Officer of the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) and have been so employed since April 15, 2018. I am currently assigned to the Violent Criminal Alien Section (VCAS) of the San Jose Sub-Office. This Affidavit is made in support of a Criminal Complaint charging that Jesus RODRIGUEZ-Baylon, was found in and unlawfully re-entered the United States after deportation, without the permission of the Attorney General or the Secretary of Homeland Security, in violation of Title 8, United States Code, Section 1326. I have reviewed official records relating to the above named individual, which attests to the following:

(1) Mr. RODRIGUEZ-Baylon is a 31-year-old male who has used one (1) alias and one (1) dates of birth in the past.

(2) Mr. RODRIGUEZ-Baylon has been assigned one (1) Alien Registration number of A 077 174 699, FBI number of 399325LB9, California Criminal Information Index number of CA21171006, and a California Department of Corrections and Rehabilitation Number of P68601.

(3) Mr. RODRIGUEZ-Baylon is a native of Mexico and a citizen of Mexico since birth. A check through official records shows that he was arrested and deported on one (1) occasion from the United States:

| Date: | Place of Deportation: |
|---|---|
| **12/16/2003** | **Calexico, CA** |

(4) Mr. RODRIGUEZ-Baylon last entered the United States at or near an unknown place on or after December 16, 2003, by crossing the international border without inspection subsequent to deportation.

(5) Mr. RODRIGUEZ-Baylon was, on January 04, 2000, convicted in the Superior Court of California, in and for the County of Santa Clara, for two counts of Lewd & Lascivious Act On A Child Under Fourteen, an aggravated felony, in violation of Section 288(A) of the California Penal Code, and was sentenced to five (05) years confinement.

(6) Mr. RODRIGUEZ-Baylon was, on November 20, 2018, convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of DUI Alcohol/0.08 Percent, a misdemeanor, in violation of Section 23152(B) of the California Vehicle Code, and was sentenced to twelve (12) days confinement.

(7) July 12, 2018, Mr. RODRIGUEZ-Baylon's fingerprints were taken as part of the standard booking procedures. The fingerprints were electronically submitted to CAL DOJ, NCIC/NGI and DHS/ICE databases. Upon review of database information, it was determined that the fingerprints were associated with Mr. RODRIGUEZ-Baylon's alien file, number A 077 174 669.

RODRIGUEZ-Baylon                                                    A077 174 699

(8)   RODRIGUEZ-Baylon, on or about July 12, 2018, in Santa Clara County in the Northern District of California, was found to be unlawfully present in the United States, after prior arrest and deportation, without the permission of the Attorney General or the Secretary of Homeland Security, in violation of Title 8, Section 1326.

(9)   On the basis of the above information, there is probable cause to believe that Mr. RODRIGUEZ-Baylon illegally re-entered the United States, in violation of Title 8, United States Code, Section 1326.

*Raymundo Esparza*
Raymundo Esparza
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this

__11__ day of __Feb.__, 2020

_____
Honorably Susan van Keulen
United States Magistrate Judge

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☒ COMPLAINT   ☐ INFORMATION   ☐ INDICTMENT   ☐ SUPERSEDING

**OFFENSE CHARGED**

Count One: 8 U.S.C. § 1326 - Illegal Re-Entry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum 20 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment fee

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**DEFENDANT - U.S**

Jesus Rodriguez Baylon

FILED
FEB 11 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

DISTRICT COURT NUMBER

CR 20 70164 MAG

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   SAUSA Jimmy Doan

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   ☐ Federal   ☐ State
6) ☒ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution
Immigration and Customs Enforcement

Has detainer been filed?   ☐ Yes   ☒ No
If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year   2/11/2020
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: None

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments: