GEOFFREY A. HANSEN
Acting Federal Public Defender
ELISSE LAROUCHE
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     415.436.7700
Facsimile:     415.436.7706
Elisse_larouche@fd.org

Counsel for Defendant BAYLON-RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 20-81 BLF |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET BRIEFING SCHEDULE** |
| JESUS BAYLON-RODRIGUEZ, | |
| Defendants. | |

Defendant Jesus Baylon-Rodriguez intends to file a motion to dismiss in his case. Therefore, the parties agree that the status conference presently set for May 18, 2021 be vacated, and that the following briefing schedule be ordered:

**August 16, 2021:** Defense files opening brief

**September 13, 2021:** Government files its opposition

**September 20, 2021:** Defense files reply

**September 28, 2021:** Hearing on motion, 9:00 a.m.

The parties stipulate there is good cause—taking into account the public interest in the prompt disposition of this case—to exclude the time from May 18, 2021 to September 28, 2021 from computation under the Speedy Trial Act, and that failing to exclude that time would unreasonably deny

US v. Baylon-Rodriguez, Case No. 20-81 BLF;
Stip. & Order to Set Briefing Schedule               1

the defendant and his counsel the reasonable time necessary for effective preparation of counsel taking into account the exercise of due diligence, as well as continuity of counsel. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO STIPULATED.

Date: May 17, 2021

/S
MAIA PEREZ
Assistant United States Attorney

Date: May 17, 2021

/S
ELISSE LAROUCHE
Assistant Federal Public Defender

Pursuant to the parties' stipulation, and for good cause shown, the Court HEREBY ORDERS that the May 18, 2021 status hearing be vacated and that the briefing schedule for the defendant's motion to dismiss be set as follows:

**August 16, 2021:** Defense files opening brief

**September 13, 2021:** Government files its opposition

**September 20, 2021:** Defense files reply

**September 28, 2021:** Hearing on motion, 9:00 a.m.

For good cause shown, the Court further finds that failing to exclude the time between May 18, 2021 and September 28, 2021, would deny the defendant and his counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, as well as continuity of counsel. 18 U.S.C. 3161(h)(7)(A) and (B)(iv). The Court further finds that the ends of justice served by excluding the time between May 18, 2021 and September 28, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY FURTHER ORDERED that the time between May 18, 2021 and September 28, 2021 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

*US v. Baylon-Rodriguez*, Case No. 20-81 BLF;
Stip. & Order to Set Briefing Schedule

2

IT IS SO ORDERED.

May 17, 2021
Date

BETH LABSON FREEMAN
United States District Judge